1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11  NAKITRA DESHA DAVIS,                 ) Case No.: 2:23-cv-09860-JPR
                                        )
12              Plaintiff,               ) ORDER AWARDING EQUAL
                                        ) ACCESS TO JUSTICE ACT
13       vs.                             ) ATTORNEY FEES AND EXPENSES
                                        ) PURSUANT TO 28 U.S.C. § 2412(d)
14  MARTIN O'MALLEY,                     ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,     ) U.S.C. § 1920
15                                       )
                Defendant                )
16                                       )
                                        )
17  _____    )

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20       IT IS ORDERED that fees and expenses in the amount of $1,202.00 as

21  authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

22  awarded subject to the terms of the Stipulation.

23  DATE:  4/18/2024

24                                    *[signature]*

25                          THE HONORABLE JEAN P. ROSENBLUTH
                            UNITED STATES MAGISTRATE JUDGE

26

-1-

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/   *Monica Perales*

BY: _____

Monica Perales
Attorney for plaintiff Nakitra Desha Davis